RECEIVED
USDC, WESTERN DISTRICT OF LA
TONY R. MOORE, CLERK
ALEXANDRIA, LOUISIANA
DATE _____
BY _____

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| EDDY KELLY | CIVIL ACTION NO. 10-1748 |
| VERSUS | U.S. DISTRICT JUDGE TRIMBLE |
| RSI MILLS, LLC | U.S. MAGISTRATE JUDGE KIRK |

# JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge filed previously herein, noting the absence objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that the motion to remand is GRANTED and this case be REMANDED to the 9th Judicial District Court, Rapides Parish, Louisiana.

**THUS DONE AND SIGNED**, in chambers, in Alexandria, Louisiana, on this 13th day of January, 2011.

James T. Trimble, Jr.
UNITED STATES DISTRICT JUDGE